AUSA KKD

AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Motorola i425 Cellular Telephone
Serial Number: 364VJAPV71
SIM Card and ID Number:000823164165300
Black/White in Color

## SEARCH WARRANT

Case Number: '08 MJ 8651

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

TO: COLE DOTSON and any Authorized Officer of the United States

Affidavit(s) having been made before me by COLE DOTSON who has reason to believe
Affiant

that on the person of, or ✓ on the premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the SOUTHERN District of CALIFORNIA there is now concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before August 15, 2008
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime — 6:00 AM to 10:00 P.M. ✓ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to PETER C. LEWIS as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

July 17, 2008 @ 9:54 a.m. at EL CENTRO, CA
Date and Time Issued | City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge

[signature]
Signature of Judge

AO 93 (Rev. 12/03) Search Warrant (Reverse)

| RETURN | Case Number: | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/9/2008 | DATE AND TIME WARRANT EXECUTED<br>7/18/2008 1453 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>SSA Dave Marshall |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Andrew Chace | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

3 Contact Items

13 Recent Calls

3 Text Messages

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, ~~sworn~~ to, and returned before me this date.

Signature of Judge

August 12, 2008

Date

## ATTACHMENT A

## PROPERTY/ITEMS TO BE SEARCHED

The property/items to be searched are described as:

One (1) Motorola i425 Cellular Telephone, Serial Number: 364VJAPV71, SIM Card & ID Number:000823164165300, Black/White in Color, presently in the custody of U. S. Immigration, and Customs Enforcement, 333 Waterman Avenue, El Centro, California.

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

One (1) Motorola i425 Cellular Telephone, Serial Number: 364VJAPV71, SIM Card & ID Number:000823164165300, Black/White in Color, presently in the custody of U. S. Immigration & Customs Enforcement, Resident Agent in Charge, El Centro, CA.

After U. S. Immigration & Customs officers gain access to the cellular telephone, the cellular telephone will be searched for the following electronic data:

1. The phone numbers and/or direct connect and/or names and identities assigned to the cellular phone; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);
2. Digital, cellular, and/or telephone numbers and/or direct connect numbers, names and identities stored in the directories; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);
3. Phone numbers and direct connect numbers dialed from the cellular phone and stored in memory; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);
4. The last number dialed from the cellular phone; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1);
5. Text messages, voicemail, and pictures; which constitutes evidence of the commission of Title 21, United States Code, 952, 960, & 841(a)(1).